IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 JUL 25 P 3: 27

CLERK _____
SO. DIST. OF GA.

DANIEL DEZAUCHE,                         *
                                         *
        Plaintiff,                       *
                                         *
        v.                               *        CV 311-071
                                         *
AIRCRAFT MANUFACTURING &                 *
DESIGN, LLC, et al.,                     *
                                         *
        Defendants.                      *

ORDER

Before the Court is Plaintiff Daniel Dezauche's motion (doc. no. 34) for leave to file a reply in opposition to Defendant Garry Webster's response in opposition to default judgment (doc. no. 27). Pursuant to S.D. Local Rule 7.5, Plaintiff had until May 29, 2012 to file his reply. Plaintiff encountered technical difficulties at the eleventh hour, however, and he therefore filed his motion for leave on May 30. Federal Rule of Civil Procedure 6(b)(1)(B) provides that "the court may, for good cause, extend the time [to reply] on motion made after the time has expired if the party failed to act because of excusable neglect." Plaintiff has shown that he made a good faith effort to meet the deadline. Moreover, Defendant has not opposed the motion for leave, and the Court finds no prejudice will ensue if leave is given. For good cause shown, then, Plaintiff's motion is hereby **GRANTED**.

ORDER ENTERED at Augusta, Georgia, this 25th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE