# ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 FEB 11 PM 2:02

CLERK
SO. DIST. OF GA.

DANIEL DEZAUCHE,                    *
                                    *
            Plaintiff,              *
                                    *
      v.                            *     CV 311-071
                                    *
GEORGE W. BRYCE, JR.;               *
SOUTHEAST LIGHT SPORT               *
AVIATION, LLC; FLY LIGHT            *
SPORT, LLC; EASTMAN                 *
AVIATION, INC.; and JOHN            *
DOES (1-100) individually           *
and as members of Aircraft          *
Manufacturing & Design, LLC,        *
                                    *
            Defendants.              *

## O R D E R

On February 9, 2015, Plaintiff filed a motion for restoration of trial date insisting that he is prepared for trial. (Doc. no. 110.) As the Court stated in its Order of February 6, 2015,

> [T]he trial assignment earlier scheduled for February 17, 2015 is **VACATED**. The case will be reassigned for trial when Plaintiff completes his preparation and the Court is assured that the matter is ready to proceed to meaningful consideration by a jury summoned for that purpose.

(Doc. no. 109.) For the reasons set forth in that Order, and because the jury has been released, Plaintiff's motion (doc. no. 110) is hereby **DENIED**.

**ORDER ENTERED** at Augusta, Georgia this ___11th___ day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE