# United States District Court
## Southern District of Georgia

DANIEL DEZAUCHE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV311-071

GEORGE W. BRYCE, JR.; SOUTHEAST LIGHT SPORT AVIATION, LLC; FLY LIGHT SPORT, LLC; and EASTMAN AVIATION, INC.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on October 9, 2015, the Court GRANTS the motion for judgment as a matter of law as to each defendant. Judgment is hereby ENTERED in favor of the above listed defendants and against the Plaintiff. This civil action is CLOSED. Costs are taxed against the Plaintiff.



October 9, 2015
Date

Scott L. Poff
Clerk

(By) Deputy Clerk