ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| DANIEL DEZAUCHE, | * | |
| Plaintiff, | * | |
| v. | * | CV 311-71 |
| GEORGE W. BRYCE, JR.; SOUTHEAST LIGHT SPORT AVIATION, LLC; FLY LIGHT SPORT, LLC; and EASTMAN AVIATION, INC., | * | |
| Defendants. | * | |

# ORDER

On November 9, 2015, Plaintiff filed a notice of appeal in the above-captioned case. (Doc. no. 156.) As a result, the Court now **DENIES AS MOOT** Plaintiff's emergency motion to toll the time for filing a notice of appeal (doc. no. 149) and Plaintiff's amended motion to toll the time for filing a notice of appeal (doc. no. 150).

**ORDER ENTERED** at Augusta, Georgia, this 16th day of November, 2015.

UNITED STATES DISTRICT JUDGE